UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATHANIEL WILSON, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE MILL GROUP INC., et al.,<br><br>    Defendants. | CASE NO. 2:12-CV-10214-SVW-MAN<br><br>**ORDER RE: PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND CASE CONTRIBUTION AWARDS**<br>**[46]** |

    This matter, having come before the Court on the application of Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Case Contribution Awards for the Named Plaintiffs, and the Court having finally found the settlement of this Action to be fair, reasonable, and adequate, and good cause appearing therefor:

**IT IS HEREBY ORDERED:**

    1.    The capitalized terms used in this order shall have the same meanings as set forth in the Second Amended Settlement Agreement filed with the Court on December 11, 2013.  (*See* Docket No. 49 at 5-8.)

    2.    Class Counsel are hereby awarded attorney's fees of $337,500.00 and reimbursement of expenses in the sum of $10,604.46 (the "Attorneys' Fees and

1  Expenses") to be paid from the settlement fund. The Court finds that the amount
2  of fees awarded is appropriate, fair, and reasonable given the substantial risks of
3  non-recovery, the time and effort involved, and the result obtained for the
4  Settlement Class. The Attorneys' Fees and Expenses shall be paid to Class
5  Counsel in accordance with the terms of the Second Amended Settlement
6  Agreement.

7  　　　3.　　Each of the Named Plaintiffs is awarded a $1,500.00 contribution
8  award, to be awarded from the settlement fund, in recognition of his contributions
9  to this Action.

10 SO ORDERED this 21st day of April, 2014.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Stephen V. Wilson*
　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge